**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lifetime Marketing, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-3872266** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**8 C Cardinal Road**<br>**Hilton Head Island, SC**<br>ZIP Code **29926** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Beaufort** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.) State type of entity:

**Nature of Business** (Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- ☐ Chapter 13

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ■ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**       *** DAVID K. WELCH 06183621 ***       THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                            FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lifetime Marketing, Inc.** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**Charles Rey and Dolores Rey** | Case Number:<br>**04-35040** | Date Filed: |
|---|---|---|
| District:<br>**Northern District of Illinois** | Relationship:<br>**Principal** | Judge:<br>**Goldgar** |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

X_____
   Signature of Attorney for Debtor(s)       Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Certification Concerning Debt Counseling by Individual/Joint Debtor(s)

☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05) FORM B1, Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Lifetime Marketing, Inc.** |
|---|---|

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X **/s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)

**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777**
Telephone Number

**April 21, 2006**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles Rey**
Signature of Authorized Individual

**Charles Rey**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 21, 2006**
Date

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Lifetime Marketing, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Gift Services, LLC**<br>**Four High Ridge Park**<br>**Stamford, CT 06905** | **Gift Services, LLC**<br>**Four High Ridge Park**<br>**Stamford, CT 06905** | **Judgment entered jointly with Newsub Magazine Services, LLC without delineation as to specific amounts per party** | **Disputed** | **1,118,056.00** |
| **Newsub Magazine Services, LLC**<br>**Four High Ridge Park**<br>**Stamford, CT 06905** | **Newsub Magazine Services, LLC**<br>**Four High Ridge Park**<br>**Stamford, CT 06905** | **Judgment entered jointly with Gift Services, LLC without delineation as to specific amounts per party** | **Disputed** | **1,118,056.00** |
| **BRG, Inc.**<br>**253 Asland Court**<br>**Buffalo Grove, IL 60089** | **BRG, Inc.**<br>**253 Asland Court**<br>**Buffalo Grove, IL 60089** | | **Disputed** | **117,881.17** |
| **Linda Connor**<br>**108 South Salem Drive**<br>**Schaumburg, IL 60193** | **Linda Connor**<br>**108 South Salem Drive**<br>**Schaumburg, IL 60193** | | | **47,162.80** |
| **Platte & Moran**<br>**225 West Washington**<br>**Suite 400**<br>**Chicago, IL 60606** | **Platte & Moran**<br>**225 West Washington**<br>**Suite 400**<br>**Chicago, IL 60606** | | | **40,961.57** |
| **Citgo Petroleum Corp.**<br>**1293 Eldridge Parkway**<br>**Houston, TX 77077** | **Citgo Petroleum Corp.**<br>**1293 Eldridge Parkway**<br>**Houston, TX 77077** | | | **17,500.00** |
| **PIC**<br>**125 E. Algonquin Road**<br>**Arlington Heights, IL 60005** | **PIC**<br>**125 E. Algonquin Road**<br>**Arlington Heights, IL 60005** | | | **15,053.97** |
| **Hazelden**<br>**P.O. Box 11**<br>**Center City, MN 55012** | **Hazelden**<br>**P.O. Box 11**<br>**Center City, MN 55012** | | **Disputed** | **11,194.77** |
| **Jeng Sheng Company, Ltd.**<br>**No. 104 Hsin Jen 2nd Street**<br>**Ta-Li**<br>**Taichung, Taiwan, R.O.C** | **Jeng Sheng Company, Ltd.**<br>**No. 104 Hsin Jen 2nd Street**<br>**Ta-Li**<br>**Taichung, Taiwan, R.O.C** | | | **8,784.60** |

In re **Lifetime Marketing, Inc.**     Case No. _____

                                                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **R. Steven Polachek**<br>**18-3 E. Dundee Rd.**<br>**Suite 202**<br>**Barrington, IL 60010** | **R. Steven Polachek**<br>**18-3 E. Dundee Rd.**<br>**Suite 202**<br>**Barrington, IL 60010** | | | **7,778.75** |
| **JSR Consulting**<br>**21 Astro Place**<br>**Suite 2D**<br>**New York, NY 10003** | **JSR Consulting**<br>**21 Astro Place**<br>**Suite 2D**<br>**New York, NY 10003** | | | **3,765.74** |
| **Alford & Wilkins**<br>**18 Pope Avenue Executive Park Road**<br>**Suite 1**<br>**Hilton Head Island, SC 29928** | **Alford & Wilkins**<br>**18 Pope Avenue Executive Park Road**<br>**Suite 1**<br>**Hilton Head Island, SC 29928** | | | **2,836.07** |
| **ENH Medical**<br>**Dept. 77-9532**<br>**Chicago, IL 60678** | **ENH Medical**<br>**Dept. 77-9532**<br>**Chicago, IL 60678** | | | **2,678.88** |
| **Alfonzo Watkins**<br>**c/o Digital Pro Images**<br>**390 Winkler Drive**<br>**Alpharetta, GA 30004** | **Alfonzo Watkins**<br>**c/o Digital Pro Images**<br>**390 Winkler Drive**<br>**Alpharetta, GA 30004** | | | **1,877.00** |
| **Al Politi**<br>**4 Princeton Circle**<br>**Hilton Head Island, SC 29928** | **Al Politi**<br>**4 Princeton Circle**<br>**Hilton Head Island, SC 29928** | | | **1,600.00** |
| **Caretakers**<br>**Seven Office Park Road**<br>**Suite 236**<br>**Hilton Head Island, SC 29938** | **Caretakers**<br>**Seven Office Park Road**<br>**Suite 236**<br>**Hilton Head Island, SC 29938** | | | **1,358.50** |
| **Master Global Logistics**<br>**758 S. Glasglow Ave.**<br>**Inglewood, CA 90301** | **Master Global Logistics**<br>**758 S. Glasglow Ave.**<br>**Inglewood, CA 90301** | | | **1,189.54** |
| **Southern MRI**<br>**P.O. Box 180**<br>**Bluffton, SC 29910** | **Southern MRI**<br>**P.O. Box 180**<br>**Bluffton, SC 29910** | | | **557.20** |
| **Central Dupage Hospital**<br>**25 North Winfield Road**<br>**Winfield, IL 60190** | **Central Dupage Hospital**<br>**25 North Winfield Road**<br>**Winfield, IL 60190** | | | **547.40** |
| **Ever Concord Logistics**<br>**DBA Ultra Air Cargo**<br>**177-25 Rockaway Blvd.**<br>**Jamaica, NY 11434** | **Ever Concord Logistics**<br>**DBA Ultra Air Cargo**<br>**177-25 Rockaway Blvd.**<br>**Jamaica, NY 11434** | | | **529.66** |

In re   **Lifetime Marketing, Inc.**                                                              Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 21, 2006**             Signature   **/s/ Charles Rey**
                                                  **Charles Rey**
                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Abt Electronics
1200 N. Milwaukee Ave.
Glenview, IL 60025

BMW Financial Services, NA
c/o David W. Forth
150 N. Meramec, 4th Floor
Saint Louis, MO 63105

Benson Shops, Inc.
509 S. Carlton
Wheaton, IL 60189

Airoom Architects, Inc.
6825 N. Lincoln Ave.
Lincolnwood, IL 60712

BRG, Inc.
253 Asland Court
Buffalo Grove, IL 60089

Designer Kitchens and Baths
360 South Waukegan Ave.
Deerfield, IL 60015

Al Politi
4 Princeton Circle
Hilton Head Island, SC 29928

Capital One
PO Box 85147
Richmond, VA 23276

Disc Radiologist
P.O. Box 2352
Columbia, SC 29202

Alfonzo Watkins
c/o Digital Pro Images
390 Winkler Drive
Alpharetta, GA 30004

Caretakers
Seven Office Park Road
Suite 236
Hilton Head Island, SC 29938

Discover Card
PO Box 15251
Wilmington, DE 19886

Alford & Wilkins
18 Pope Avenue Executive Park Road
Suite 1
Hilton Head Island, SC 29928

Central Dupage Hospital
25 North Winfield Road
Winfield, IL 60190

Dolores A. Rey
44 Planters Row
Hilton Head Island, SC 29928

Allstar Marketing, Inc.
Vedder Price Kaufman & Kammholz
222 N. LaSalle St.
Chicago, IL 60601

Charles A. Rey
44 Planters Row
Hilton Head Island, SC 29928

EMPI
599 Cardigan Road
Saint Paul, MN 55126

Bank One
PO Box 15153
Wilmington, DE 19886

Charles A. Rey Jr.
44 Planters Row
Hilton Head Island, SC 29928

ENH Medical
Dept. 77-9532
Chicago, IL 60678

Barrington Pool
PO Box 3906
Barrington, IL 60011

Charles A. Rey, Jr.
44 Planters Row
Hilton Head Island, SC 29928

ENH Medical
1306 Waukegan Road
Glenview, IL 60025

Beaufort County Treasurer
PO Box 487
Beaufort, SC 29901-0487

Citgo Petroleum Corp.
1293 Eldridge Parkway
Houston, TX 77077

Ever Concord Logistics
DBA Ultra Air Cargo
177-25 Rockaway Blvd.
Jamaica, NY 11434

Benjamin C. Rey
44 Planters Row
Hilton Head Island, SC 29928

Citibank
PO Box 8810
South Hackensack, NJ 07606

Exxon-Mobil
PO Box 4555
Carol Stream, IL

Federal Express
Attn: Barry T. Bammaro
501 Union Street, Suite 200
Nashville, TN 37219

Florida Department of Revenue
1379 Bloutstown Highway
Tallahassee, FL 32304

Gift Services, LLC
Four High Ridge Park
Stamford, CT 06905

Gift Services, LLC.
c/o Novack & Macey
100 N. Riverside Plaza
Chicago, IL 60606

Gleeson, Sklar, Sawyers, et al.
Attn: Mr. William H. Danielson
225 W. Washington, Suite 400
Chicago, IL 60606

Gracel & Shea
Attn: Ms. Christina Reiss
76 St. Paul Street, PO Box 369
Burlington, VT 05402-0369

Hazelden
P.O. Box 11
Center City, MN 55012

Illinois Dept Employment Security
401 S. State
Chicago, IL 60601

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Jaff Marketing Group, Inc.
Attn: Frank Vross
PO Box 90817
Houston, TX 77290

Jeng Sheng Company, Ltd.
No. 104 Hsin Jen 2nd Street
Ta-Li
Taichung, Taiwan, R.O.C

JSR Consulting
21 Astro Place
Suite 2D
New York, NY 10003

Keyth Technologies
PO Box 1132
Glenview, IL 60025

Keyth Technologies, Inc.
c/o Law Offices of Gertler &Gertle
188 W. Randolph St.
Chicago, IL 60601

Lifetime Marketing
2620 Brick Church Pike
Nashville, TN 37207

Linda Connor
108 South Salem Drive
Schaumburg, IL 60193

Master Global Logistics
758 S. Glasglow Ave.
Inglewood, CA 90301

MBM Company, Inc.
c/ol Ferleger & Associates, Ltd.
29 S. LaSalle St., Suite 300
Chicago, IL 60603

Member Works Incorporated
Attn: Tracy Scarfi
680 Washington Blvd.
Stamford, CT 06901

Memberworks
c/o Greenberg Traurig PC
77 W. Wacker dr., #2500
Chicago, IL 60601

Michael Chaney Consulting
Ecans, Jones & Reynolds
1810 One Nashville Place
Nashville, TN 37219

Michael S. Rey
44 Planters Row
Hilton Head Island, SC 29928

Mikamal-Fard
c/o Dronis Harrington & Wilson
77 W. Washington
Chicago, IL 60602

Nahigian
5140 Golf Road
Skokie, IL

Newsub Magazine Services
Four High Ridge Park
Stamford, CT 06905

Newsub Magazine Services, LLC
Four High Ridge Park
Stamford, CT 06905

Newsub Magazine Services, LLC
c/o Novack & Macey
100 N. Riverside Plaza
Chicago, IL 60606

North Park Clinic, S.C.
444 N. Northwest Highway
SUite 170
Park Ridge, IL 60068

PIC
125 E. Algonquin Road
Arlington Heights, IL 60005

PIC
125 Armstrong Road
Des Plaines, IL 60018

| | |
|---|---|
| Platte & Moran<br>225 West Washington<br>Suite 400<br>Chicago, IL 60606 | State of Idaho<br>State Tax Commission<br>800 Park Blvd.<br>Boise, ID 83707 |
| Platte & Moran<br>225 W. Washington<br>Chicago, IL 60606 | State of Texas<br>111 E. 17th Street<br>Austin, TX 78774 |
| Primus Financial Services<br>c/o payoff Correspondence<br>PO Box 681811<br>Franklin, TN 37068-1811 | Sun Trust<br>5 Office Park Road<br>Hilton Head Island, SC 29925 |
| Programmers Investment Corporation<br>Attn: Mr. Chuck Hauber<br>125 Armstrong Road<br>Des Plaines, IL 60018 | Target Visa<br>c/o Retailers National Bank<br>PO Box 59317<br>Minneapolis, MN 55459-0317 |
| R. Steven Polachek<br>18-3 E. Dundee Rd.<br>Suite 202<br>Barrington, IL 60010 | The Associates<br>Citibank USA<br>PO Box 9004<br>Des Moines, IA 50368 |
| Rey Marketing Inc.<br>44 Planters Row<br>Hilton Head Island, SC 29928 | Unified Precious Metals<br>3116 Via Colinas<br>Thousand Oaks, CA 91362 |
| Sherman Acquisition<br>c/o Wolpoff & Abramson, LLP<br>702 King Arm Blvd.<br>Rockville, MD 20850 | UPS Capital<br>280 Trumbull Street<br>Hartford, CT 06103 |
| Shipman & Goodman, LLP<br>300 Atlantic St.<br>Stamford, CT | UPS Capital Business Credit<br>280 Trumbull Street<br>Windsor, CT 06095 |
| Shipman & Goodwin<br>Attn: Lee Ann Duval<br>Stamford, CT 06901 | |
| Southern MRI<br>P.O. Box 180<br>Bluffton, SC 29910 | |